IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

GILBERTO ANDRES MONTOYA, Plaintiff

v.

ALAMOSA SHERIFF'S OFFICE,

ALAMOSA COUNTY JAIL,

TURNKEY CORRECTIONS INC,

_____, Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2020

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

GILBERTO ANDRES MONTOYA #3044   1315 17TH ST. Alamosa, CO 81101
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [X] Pretrial detainee (PRISONER)
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ALAMOSA COUNTY SHERIFF'S OFFICE
(Name, job title, and complete mailing address)

KEEPER OF COUNTY PEACE 1315 17TH ST Alamosa CO 81101

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? [X] Yes ___ No *(check one)*. Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ___ individual and/or [X] official capacity.

Defendant 2: Alamosa County Jail
(Name, job title, and complete mailing address)

Keeper of Safe Keepin(Prisoner's) 1315 17TH ST Alamosa CO 81101

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: Turnkey Correction's (Jail Operations Private
(Name, job title, and complete mailing address)

Contractor of C.R.S. 17-26.5-102) 1315 17TH ST Alamosa CO 81101

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

Corporate Capacity
9:00am

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___  Other: (*please identify*) _____

3

*x g.* [signature] *Andres Montoya*

MR. GILBERTO ANDRES MONTOYA 2020 NOV 22 1800 HRS MST

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: LIFETIME PHYSICAL & BODILY INJURY, UNJUSTIFIED INCARCERATION, EVIDENT RECKLESS ENDANGERMENT, EXCESSIVE FORCE, BRUTALITY & GANG STALKING,

Supporting facts: All EVIDENT SUPPORTING FACTS IN REFERENCE TO RECKLESS ~~[scratched]~~ ENDANGERMENT, EXCESSIVE FORCE & BRUTALITY ARE STATED & DOCUMENTED WITH THE UNITED STATES COURT 10TH CIRCUIT COLORADO UNDER CASE #20-CV-00033 LTB TO BE INTRODUCED INTO DISCOVERY, IN FILING OF NEW CIVIL ACTION WHERE AS #20-CV-00033 WAS DISMISSED WITHOUT PREJUDICE.

IN REFERENCE TO UNJUSTIFIED INCARCERATION, WHERE PLAINTIFF WAS IMPRISONED FROM THE 2019 OCT 07 - 2020 MAR IN THE ALAMOSA COUNTY JAIL, IN WHICH EVIDENT CLAIMS TOOK PLACE. CASE #2019 CR328 ALAMOSA SHERIFF'S OFFICE CHARGEING & ARRESTING AGENCY WAS DISMISSED BY THE COLORADO STATE COURT DIST 12 SENIOR JUDGE MR. MARTIN A. GONZALES IN THE BEST INTEREST OF JUSTICE WITH PREJUDICE.

PLAINTIFF WAS ARRESTED BY ALAMOSA POLICE DEPARTMENT ~~[scratched]~~ 2020 APR 01 # ~~[scratched]~~ 2020 CR 95 BOOKED INTO THE ALAMOSA COUNTY JAIL; INCARCERATED FROM 2020 APR 01 - ~~[scratched]~~ 2020 OCT 19 THEN RELEASED, & EXONERATED IN REFERENCE TO CASES 2020 CR 02 ALAMOSA SHERIFF'S OFFICE & 2020 CR 95 BEING DISMISSED UNDER COLORADO RULES OF CRIMINAL PROCEDURE #48 BY THE COLORADO STATE DIST. 12 ATTORNEY (Ms. JOHANNA HENLEY)

PLAINTIFF WAS RELEASED 2020 OCT 19 THEN ARRESTED THREE DAYS LATER BY ALAMOSA COUNTY SHERIFF'S OFFICE & BOOKED INTO ALAMOSA COUNTY JAIL 2020 OCT 21 (F5) CRIMINAL MISCHEIF CR.S. 18-4-502 #2020 CR.301 IN EVIDENT PROOF & CLAIM OF ~~[scratched]~~ VINDICTIVE CASE MANUFACT-

[right margin vertical text:] DRUGS & GANG STALKING

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? **X** Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): ALAMOSA COUNTY JAIL TURNKEY CORRECTIONS INC.

Docket number and court: 20-CV-000331-LTB

Claims raised: DANGEROUS. RECKLESS ENDANGERMENT RESULTING IN LIFETIME BODILY INJURY - EXCESSIVE FORCE, CRUEL & UNUSUAL PUNISHMENT

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) DISMISSED

Reasons for dismissal, if dismissed: COURT FAILED TO OBTAIN PRE-TRIAL PRISONER ACCOUNT AFTER PLAINTIFF HAD MOTIONED THE COURT FOR PRINTED COPY OF ACCOUNT UNDER RULE 4(C)

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

　　　___ Yes **X** No (*check one*)

Did you exhaust administrative remedies?

　　　**X** Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G..REQUEST FOR RELIEF."* THE REQUEST FOR RELIEF I AM SEEKING FROM THE COURT FOR DAMAGE BODILY INJURY & ALSO THAT OF COLLATERAL DAMAGE WOULD BE THE UNITED STATES DOLLAR AMOUNT IN THE SUM OF TWO HUNDRED & TWENTY-FIVE THOUSAND DOLLARS ($225,000) FOR I THE PLAINTIFF MR. GILBERTO ANDRES MONTOYA

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*G. Andres Montoya*
(Plaintiff's signature)

2020 NOV 22  1600HRS. MST
(Date)

(Form Revised December 2017)

6

4. If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1. Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2. You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3. When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

    Clerk of the Court
    Alfred A. Arraj United States Courthouse
    901 19th Street, Room A105
    Denver, CO 80294-3589

4. Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

    I hereby certify that a copy of the foregoing pleading/document was mailed to
    A.S.O. & A.C.J   (defendant(s) or counsel for defendant(s))
    at 1315 17TH ST.   (address) on _____, 20____.
    ALAMOSA, CO 81101
                                    *G. Andres Montoya*
                                    Plaintiff's Original Signature

5. The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 8/24/15)                                    2