MR. GILBERTO ANDRES MONTOYA
1315 17TH ST ACS
ALAMOSA, CO 81101-U.S.A.

UNITED STATES DISTRICT COURT
901 19TH STREET Room A105
DENVER, CO 80294-3589
U.S.A

OFFICIAL BUSINESS

LEGAL MAIL